**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASHANDEEP SINGH,** | : | **No. 3:26cv1607** |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **JOHN E. RIFE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Department of Homeland Security U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General Executive Office for Immigration Review; and CRAIG LOWE, Warden of Pike County Correctional Facility,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, to wit, this 3rd day of November 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Jashandeep Singh's motion to enforce, (Doc. 9), is **DENIED**; and
2) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY
United States District Court**